October 2, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

K. R. PLAYA VI, S. DE R.L. DE C.V., Appellant

NO. 14-11-00901-CV                          V.

STEWART TITLE GUARATY COMPANY AND STEWART TITLE
GUARANTY DE MEXICO, S.A. DE C.V., Appellees

_____

      This cause, an appeal from the judgment in favor of appellees, Stewart Title Guaranty Company and Stewart Title Guaranty de Mexico, S.A. de C.V. signed June 30, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, K. R. Playa VI, S. de R.L. de C.V., to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.